■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT RUBERTO, Appellant.— Motion to dispense with the printing of the record on appeal granted. The appeal will be heard on the original papers (including the typed minutes) and on printed briefs. Motion to enlarge time granted; appellant to perfect the appeal for the January 1961 Term, for which term the appeal is ordered to be placed on the calendar. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH WEBSTER, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his typewritten brief and to serve one copy thereof on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February 1961 Term; appeal ordered to be placed on the calendar for said February 1961 Term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DE WITT T. HARRIS, Appellant. v. JOHN F. McNEILL, as Superintendent, Respondent.— Motion by appellant for leave to appeal as a poor person and for assignment of counsel, denied. There is no factual showing to support appellant's contentions. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL HARTY, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his typed brief and to serve one copy thereof on the Attorney-General. The appellant's time to perfect the appeal is enlarged to the January 1961 Term. The appeal is ordered to be placed on the calendar for said term. Motion for assignment of counsel granted. Stephen K. Bock, Esq., 2 Cannon Street, Poughkeepsie, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ MARGERY RAISIG, Appellant, v. FRED A. YOUNG et al., Respondents.— Motion by appellant to dispense with printing, granted. The appeal will be heard on the original papers (including typed minutes) and on appellant's typewritten brief. Appellant is directed to file five typewritten copies of his brief and to serve one copy thereof on the adverse parties. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THELMA RAMSEY et al., Respondents, v. RUTH DECKER et al., Appellants.— Motion to extend time to perfect appeal granted on condition that appellants argue or submit the appeal at the December Term, beginning November 28, 1960; the appeal is ordered to be placed on the calendar for said term. The record and appellants' brief must be served and filed on or before November 14, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JOSEPH ROSENFELD, Appellant, v. BARWEL MFG. CO., INC., et al., Respondents.— Motion to dismiss appeal denied on condition that appellant argue or submit the appeal at the January 1961 Term. The appeal is ordered to be placed on the calendar for said term. The record and appellant's brief must be served and filed on or before December 15, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.